IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR128 |
| | ) | |
| v. | ) | |
| | ) | |
| TRINITY BRIGGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　　IT IS ORDERED that plaintiff's motion pursuant to Rule 35(b) (Filing No. 51) is scheduled for hearing on:

**Thursday, August 18, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

　　　　DATED this 8th day of August, 2005.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court