IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR128 |
| | ) | |
| vs. | ) | |
| | ) | |
| TRINITY BRIGGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 18, 2005, defendant appeared through counsel on a motion for reduction of sentence (Filing No. 51), filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of ninety (90) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated February 25, 2003, which was signed and filed on February 26, 2003 (Filing No. 46).

3) All other terms and conditions of the Judgment and Committal Order dated February 25, 2005, remain in full force and effect.

4) That the transcript of the Rule 35 hearing of August 18, 2005, be sealed.

DATED this 22nd day of August, 2005.

                                          BY THE COURT:

                                          /s/ Lyle E. Strom

                                          _____
                                          LYLE E. STROM, Senior Judge
                                          United States District Court